# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00569-CV

**In re Thomas Hollowell**

### ORIGINAL PROCEEDING FROM LLANO COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Filed:   October 7, 2011

Do Not Publish